FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
01 APR -6 AM 9:49
BY DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BARBARO MARTINEZ

#194163

Inmate (DOC) number

01-217-A-1

(Enter above the full name of each plaintiff in this action.)

VERSUS

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety

| INITIALS | DOCKET# |
|---|---|
| KK | 4 |

"NAMES OF ALL DEFENDANTS"

1. James M. Leblanc
2. James R. Felker
3. Kenny Booty
4. Lane Thomas
5. Jeff Travis
6. Paul Payne
7. Mark Smith
8. Jeff McCoy
9. Shannon Miller
10. Steve Smith
11. Dr. A. Perego
12. Leslie Perkins

and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, P. O. Box 2630, Baton Rouge, La. 70821.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( X ) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiff(s): BARBARO MARTINEZ #194163
______________________________

Defendant(s): JAMES M. LEBLANC (WARDEN), DIXON CORRECTIONAL INSTITUTION.

2. Court (if federal court, name the district; if state court, name the parish): NINETEENTH JUDICAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

3. Docket number: #468,678 DIVISION"N"

4. Name of judge to whom case was assigned: ?

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING.

6. Date of filing lawsuit: 1-26-00

7. Date of disposition: ---------

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

Yes ( ) No (x )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: DIXON CORRECTIONAL INSTITUTE

A. Is there a prisoner grievance procedure in this institution?

Yes (x) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( X) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. NONE GIVEN, A.R.P. SCREENING OFFICER CLAIMS NONE WAS EVER FILED BUT I STILL HAVE THE CARBON COPY. REFILED SECOND A.R.P., REJECTED #D.C.I.-00-0174

2. What steps did you take? INITIALLY FILED A.R.P. THEN I FILED FOR INJUNCTIVE RELIEF AND TEMP. RESTRAINING ORDER.

3. What was the result? SUIT STILL PENDING, ORIGINAL A.R.P. INSTITUTION REFUSE TO ACKNOWLEDGE. SECOND A.R.P. FILED, NUMBER#D.C.I.-00-0174, THIRD FILED, 4-27-00(DENIED ALL THREE STEPS).

D. If your answer is No, explain why not: ______

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) BARBARO MARTINEZ #194163

Address D.C.I, P.O. BOX 788, JACKSON, LA. 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant SEE ATTACHED SHEET(S)

is employed as ______

at ______

C. Additional Defendants: ______

A LIST OF ALL DEFENDANTS,
EMPLOYMENT AND LOCATION OF.

B.Defendant: James M. Leblanc
is employed as: Head warden
at: Dixon Correctional Institution, P.O.Box 788, Jackson,La. 70748
James M. Leblanc is being sued in his official and individual capacities.

C.Defendant: James R. felker
is employed as: Assistant Warden of Security
at: Dixon Correctional Institution, P.O. Box 788, Jackson,La. 70748
Warden Felker is being sued in his official and individual capacities.

D.Defendant: Kenny Booty
is emplyed as: Asst. Warden ofr Compound #2
at: Dixon Correctional Institution, P.O. Box 788, Jackson,La. 70748
Warden Booty is being sued in his official and individual capacities.

E.Defendant: Lane Thomas
is employed as: Lt. Colonel (Compound #2)
at: Dixon Correctional Institution, P.O. Box 788, Jackson, La. 70748
Lt. Col. Thomas is being sued in his official and indivual capacities.

F.Defendant: Jeff Travis
was employed as: Lt. Colonel of Compound #1 (At time of incident).
at: Dixon Correctional Institution, P.O. Box 788, Jackson, La. 70748
Lt. Col. Travis is being sued in his official and individual capacities.

G. Defendant: Paul Payne
is employed as: Major over Investigations
at: Dixon Correction Institution, P.O. Box 788, Jackson, La. 70748
Maj. Payne is being sued in his official and individual capacities.

H. Defendant: Mark Smith
is employed as: Major of field operation(s)
at: Dixon Correctional Institution, P.O. Box 788, Jackson, La. 70748
Maj. Smith is being sued in his offical and individual capacities.

I. Defendant: Jeff McCoy
is employed as: Captain on Compound #2
at: Dixon Correctional Institution, P.O. Box 788, Jackson, La. 70748
Capt. McCoy is being sued in official and individual capacities.

J. Defendant: Shannon Miller
was employed as: Lieutenant for ompound #2 (at the time of incident).
at: Dixon Correctional institution, P.O. Box 788, Jackson, La. 70748
Master Sergant Miller is being sued in his official and individual capacities.

K. Defendant:Steve Smith
is employed as: Lieutenant on Compound One
at: Dixon Correctional Institution, P.O Box 788, Jackson, La. 70748
Lt. Smith is being sued in his official and individual capacities.

L.Defendant: Dr. A. Perego
is employed as: A contracted Doctor at Dixon and is being sued in his official and individual capacities. P.O. Box 788, Jackson, La. 70748

M.Defendant: Leslie Perkins
is the: Director of the infirmary
at: Dixon Correctional institution, P.O. Box 788, Jackson, La. 70748
R.N. Perkins is being sued in her official and individual capacities.

"STATEMENT OF THE CLAIM"

1. On 12-10-00, I was called into Warden's Kenny Booty office.

2. And was threaten to either cut my hair or be locked up!

3. Upon returning to the dorm, I filed the first of three Administrative Remedy Procedures (A.R.P., Prison grevience).

4. Which the screening officer (Connie Bowser) claims, I never filed, Which I still have the original and said response.

5. I was refused acess to the visiting shed with my family, educational and/or self-help call-outs, medical and acess to the law library, by security (all four shifts).

6. I Refiled 1-18-00. it was rejected Jan. 31, 2000. Ms. Bower claims that it was denied because of "time lapse". Which I have a copy of said A.R.P. and it cleary shows it was submitted on time and someone tried to cover the date of entrance.

7. I filed for a petition for Injunctive and Temperary Restraining order. It was ordered by the Commissioner that I be allowed to exhaust my prisoner grevience (A.R.P.) within its 90 day course, this was done sometime in April.

8. This order was violated by the defendants(in Sec. III.).

9. On 4-27-00, I was given a letter from Warden James R. Felker(Asst. Warden for Security), threatening to use "physical force" If voluntary Compliance was not achieved.

10. I could not comply with said "Posted Policy"#1 Grooming Standards, because of my cultural and religious beliefs. Which I practice Sikhism and my parents are Cuban immigrants. I'm a first generation Jamaican and second generation Haitian.

11. So on 4-27-00, I filed my third and final A.R.P. (prison gevience).

12. On 5-1-00, at approximately 7:00a.m., I was confronted by Warden James M. Leblanc, Asst. Warden Kenny Booty, Col. Lane Thomas and Maj. John Bell.

13. Warden Leblanc asked me, "Are you going to cut your hair?" If not, we will cut it for you!?

14. I then stated, "No! I filed a petition of restraining order! (Injunctive and reliefand temporary restraining order.)and that the Commissioner clearly stated to allow me 90 days to exhaust my remedies!

15. I also stated that: That it was not a state-wide policy...

16.Never was I given an alternative...

17. That I was already on "Extended Lockdown", which here consist of one man cells, I was out of population. That I'm constantly being searched (Shake-down by all four shifts, which I'm told to run my fingers through my hair.) Inmates never come in contact with me because I'm escorted everywhere I go by security(shower, phone, infirmary, visit, yard, call-out, etc.).

18. Warden Leblanc then stated, it 's for my own good and safety of the institution, what if you escape?

19. I said, we were forced to take new computerized pictures (the entire inmate population) and with modern technology(Computer Generation), you can add or delete anything (making a person look older, bladheaded, clean shaven etc...)

20. Minutes within that hour, Col. Lane Thomas appeared infront of my cell with a can of pepper spray and stated, "I'm giving you a verbal direct order to come to the trap to get a hair cut.

21. I said, it's against my religion and cultural belief and I'm waiting on my answer to my prison grevience (A.R.P.).

22. He(Col. Thomas) said, I don't want to hear that shit! Come to the fucking trap! If you don't come to the trap, the sheild (Capture Sheild) will be used on you, now come on!!

23. I said that this illegal, you people(security) can't do this! I have my rights to freedom of religion, to my culture to express myself and redress the government.

24. If the Courts say we have to cut our hair, then I will.

25. At this time Major Payne appeared with the sheild.

26. And Col. Thomas sprayed me three times with the pepper spray and yelled for my cell to be opened.

27. This cell-entry was performed by: Major Paul Payne(Who entered first with the sheild), Major Mark Smith, Lt. Shannon Miller and also another person , I'm not 100% sure of the fourth person but I think it was Sgt. Carpenter(a field sergeant), he had a short stick!

28. With said force of four people behind the capture shield, I was pinned to the wall in the cell.

29. He (Major Payne) shocked me no less than three times before the capture shield collapseed, cutting me(Facial cuts, chest, arms and right leg).

30. Lt. Shannon Miller reached around Maj. Payne right hip and delievered two quick punches to my rib cage.

31. As I began to fold to protect my ribs, Maj. Mark Smith reached over Maj. Payne left shoulder, grabbed a handful of my hair and continued to slam my head against the top bunk(which I was located between the toilet and beds).

32. I slid down the back wall and balled up into the fetus position(because I refuse to fight back) as*they continued to punch and kick me (*Maj. Payne, Maj. Smith, Lt. Miller and the Sergeant who was hitting me with the stick).

33. I pleaded for them to stop by screaming "In the name of God! Please Stop! But to no avail... I was beaten for about five (5) minutes.

34. Someone stated, "So you fucking rasta hate white people! I said, I'm not a Rastafarian, I practice Sikhism.

35. By this time, I was lying on my stomach when I was placed in shackles and hand-cuffs, my hands were twisted behind my back in this position.

36. I was then lifted off the floor by Lt. Miller by my hands, as I was then escorted down the tier. He kept lifting on the hand-cuffs. which I wasn't resisting..

37. I again pleaded with everyone present (See list of all defendants).

38. I was strapped in a chair by Master segeant Kilbourne with my hands still cuffed and twisted behind me. I sat like this for well over 15 minutes while Lt. Smith cut my hair.

39. I was then stripped of my clothing, my cell cleared of my belongings and given a paper gown. Also the water was turned off in my cell..

40. I was given a shower some 45 minutes -after having my hair cut. Which said pepper spray had already soaked into my skin, causing welts and irritation.

41. I was seen by the prison Doctor(A. Perego), who just looked at me and said, "You're alright."

42. I suffered bruised ribs, swollen wrist and ankles from said hand-cuffs and shackles, cuts and bruises that one could see with the naked eye.

43. After said ordeal, I attempted to make routine sick-call for my aches and pains but was refused any and all medical care.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not given any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)