FILED
U.S. DIST. COURT
MIDDLE DIST OF LA.

02 FEB 15 PM 2: 14

SIGN____________
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARBARO MARTINEZ (#194163)

VERSUS

JAMES M. LEBLANC, ET AL

CIVIL ACTION

NO. 01-217-A

**JUDGMENT**

For written reasons assigned and filed herein on February 14, 2002 (doc. 23);

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered herein in favor of defendants, Warden James M. Leblanc, Asst. Warden James R. Felker, Asst. Warden Kenny Booty, and Lt. Col. Lane Thomas, and this action is hereby dismissed.

Baton Rouge, Louisiana, February 15, 2002.

John V. Parker

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA

DKT. & ENTERED
DATE 2/15/02
NOTICE MAILED TO:
DATE______ BY KK

JVP
PH
SCR
PS
DAC
GP

PH
BS
Martinez
Levet

| INITIALS | DOCKET# |
|---|---|
| KK | 24 |